IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL C. CARUSO, MD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NUMBER: |
| | ) 1:20-cv-04775-ELR-RDC |
| AMERICAN FAMILY CARE | ) |
| GEORGIA, LLC, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Michael C. Caruso, MD, respectfully gives notice of dismissal with prejudice of the above-styled action. Plaintiff's notice is timely because Defendant American Family Care of Georgia, LLC has not filed an answer or motion for summary judgment in this action.

Respectfully Submitted,

*/s/ Lisa D. Taylor*
Lisa D. Taylor
Georgia Bar No. 235529
John T. Stembridge
Georgia Bar No. 678605

OF COUNSEL:
Stembridge Taylor LLC
2951 Piedmont Road, Suite 200
Atlanta, Georgia 30305
Telephone: (404) 604-2691
lisa@stembridgetaylor.com
john@stembridgetaylor.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2022, I have electronically filed the foregoing Plaintiff's Notice of Dismissal With Prejudice with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. Additionally, I have provided a copy by email to Michael L. Thompson, counsel for Defendant, at mthompson@lehrmiddlebrooks.com.

/s/ Lisa D. Taylor
OF COUNSEL